

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2025**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Tophill, LLC et al.[1],** | § | **Case no. 24-32699-SGJ-11** |
| | § | |
| **Debtors-in-Possession.** | § | |
| | § | |
| | § | |
| **2206 Blue Cypress, LLC** | § | **Case No. 24-33553** |
| | § | |
| | § | |
| **3304 Blue Bell Place, LLC** | § | **Case No. 24-33554** |
| | § | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tophill, LLC – 5967; Prosper Assisting Living, LP – 6758; 1100 Reba McEntire, LLC – 2718; Forest Bend, LLC – 3517; 3400 Remington Drive, LLC – 9109; 261 Oak Hill, LLC – 2870; 304 Willow Creek, LLC – 9033; 9th Street GP, LLC – 1548; Carriage Estates, LLC – 1267; Chalfont, LLC – 2442; Graystone Drive, LLC – 3628; High Point Circle, LLC – 0454; Southlake Assisted Living, LP – 0506; Waverley Lane, LLC – 6581. The Debtors' Motion for Joint Administration for these additional cases is pending: 2206 Blue Cypress, LLC- 1366; 3304 Blue Bell Place, LLC – 6592; Fiddlers Green, LLC – 6031; Kendallwood Drive, LLC – 8938; 2508 Crawford, LLC – 6990; Hurstview Drive – 4774; and 685 Winding Ridge, LLC – 6771.

| | | |
|---|---|---|
| **Fiddlers Green, LLC** | § § § | **Case No. 24-33556** |
| **2508 Crawford, LLC** | § § § | **Case No. 24-33931** |
| **Hurstview Drive, LLC** | § § | **Case No. 24-33933** |

### Order Dismissing Cases with Prejudice to Refiling for One Year

On January 31, 2025, came on for hearing, the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b) with Prejudice to Refiling for 180 Days* [docket no. 053], and American Bank's *Motion to Dismiss Bankruptcy Case of 3400 Remington Drive, LLC with Prejudice* [docket no. 046]. The Court finds that cause exists to dismiss these cases with prejudice to refiling for a period of one year. The Court therefore

**ORDERS** that the cases of each of the Debtors set forth in Footnote 1 are hereby **DISMISSED** with prejudice to refiling for a period of one year from the date of entry of this Order and, the Court further

**ORDERS** that this Dismissal Order is not stayed and is effective immediately.

### End of Order ###

Proposed Form of Order Drafted By:

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Trial Attorney
Texas State Bar No. 24086345
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1247
elizabeth.a.young@usdoj.gov

Counsel for the United States Trustee